# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-26-00132-CV

---

**In the Matter of K. N. S., Appellant**

---

### FROM COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
### NO. 5082, THE HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

---

## MEMORANDUM OPINION

On March 10, 2026, this Court notified K.N.S. that her notice of appeal filed February 6, 2026, appeared untimely and that the appeal would be dismissed for want of jurisdiction unless she filed a response explaining how this Court has jurisdiction over this appeal. *See* Tex. R. App. P. 42.3(a) (allowing appellate court to dismiss case for want of jurisdiction after giving ten days' notice to parties). K.N.S. filed a response acknowledging that her appeal is untimely and moving for an extension of time to file the notice of appeal.

K.N.S. seeks to appeal from a judgment entered on July 17, 2024. The record does not reflect any post-trial motions. Her notice of appeal was therefore due August 16, 2024. S*ee* Tex. R. App. P. 26.1 (requiring notice of appeal to be filed within 30 days after the judgment is signed). The deadline for filing a notice of appeal may be extended if a motion for extension of time is filed "within 15 days after the deadline for filing the notice of appeal." Tex. R. App. P. 26.3. However, "once the period for granting a motion for extension of time under Rule 41(a)(2) [now Rule 26.3] has passed, a party can no longer invoke the appellate court's

jurisdiction." *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Because both the notice of appeal and motion for extension were not timely filed, we must deny the motion and dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed for Want of Jurisdiction

Filed: April 3, 2026